Rel: August 30, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2023-0838

Roy S. Moore v. Richard Hagedorn (Appeal from Etowah Circuit Court:
CV-18-900346).

PER CURIAM.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Sellers, Acting C.J.,* and Mendheim, Stewart, and Mitchell, JJ.,
and McCool, Minor, and Hanson, Special Justices,* concur.

Parker, C.J., and Shaw, Wise, Bryan, and Cook, JJ., recuse
themselves.

*Because five members of the Supreme Court, including the Chief
Justice, recused themselves, on August 15, 2024, Acting Chief Justice
Sellers appointed Judge McCool and Judge Minor, of the Court of
Criminal Appeals, and Judge Hanson, of the Court of Civil Appeals, to
serve as Special Justices in this appeal.